UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 03-2280, 03-2503, 03-2380
_____

UNITED STATES OF AMERICA

v.

DARYL LONARD PARKER a/k/a
Daryl Lenard Parker a/ka Junior Parker a/k/a
JR Parker a/k/a JR

Appellant at No. 03-2280
_____

UNITED STATES OF AMERICA

v.

TRAVIS THURSTON PARKER,

Appellant at No. 03-2503
_____

UNITED STATES OF AMERICA

v.

MICHAEL ANTHONY PARKER,

Appellant at No. 03-2380
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal No. 01-cr-00248)
District Judge:  The Honorable William W. Caldwell

_____

ARGUED JUNE 23, 2004

BEFORE: NYGAARD, McKEE, and CHERTOFF, Circuit Judges.

_____

JUDGMENT

_____

    This cause came to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was argued by counsel on June 23, 2004. On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the judgments of the said District Court entered on April 30, 2003, and on May 8, 2003, respectively, be, and the same are hereby AFFIRMED in part and VACATED and REMANDED in part.

    All of the above in accordance with the opinion of this Court.

ATTEST:

_____
Clerk

Date: March 31, 2005