OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4947

www.ca3.uscourts.gov

April 22, 2005

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

RE: Docket No. 03-2280, 03-2503 & 03-2380
    USA  vs. Parker, et al
    No. 01-cr-00248-1
        01-cr-00248-2
        01-cr-00248-3

Dear Mrs. D'Andrea:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                Very truly yours,
                                MARCIA M. WALDRON
                                Clerk

                                /s/ Rebecca L. Simon /LYH

                           By:  Rebecca L. Simon
                                Case Manager

Enclosure

cc:
    Christy H. Fawcett, Esq.
    Theodore B. Smith III, Esq.
    William A. Fetterhoff, Esq.
    Royce L. Morris, Esq.
    James J. West, Esq.