```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,       :
    Plaintiff
                                                   :

    vs.                           :  CRIMINAL NO. 1:CR-01-248-01

                                                   :
TRAVIS THURSTON PARKER,
    Defendant                    :

O R D E R

AND NOW, this 11th day of May, 2005, pursuant to the decision of the Third Circuit Court of Appeals, L. Rex Bickley, Esquire, 121 South Street, Harrisburg, PA 17101, is appointed to represent Defendant in connection with his resentencing.

Resentencing is scheduled for Tuesday, May 24, 2005, at 9:30 a.m., in Court Room No. 1, ninth floor, Federal Building, 228 Walnut Street, Harrisburg, PA.

                                            /s/William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge