IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          :
      Plaintiff

                            :

      vs.                           :   CRIMINAL NO.  1:CR-01-248-01

                            :

TRAVIS THURSTON PARKER,
      Defendant                   :


O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On April 22, 2005, the United States Court of Appeals for the Third Circuit affirmed Defendant's conviction but vacated the sentence imposed on May 8, 2003, and remanded the case for re-sentencing.

In recognition of the factors to be considered in imposing a sentence, as set forth in 18 U.S.C. § 3553, and in considering the arguments in mitigation presented by the Defendant and his counsel, it is Ordered that the sentence of imprisonment of 324 months, imposed on May 8, 2003, is hereby reduced to a term of 180 months.

FILED
HARRISBURG, PA

MAY 2 4 2005

MARY E. D'ANDREA, CLERK
Per _____
                  Deputy Clerk

In all other respects the terms and conditions of the sentence imposed on May 8, 2003, shall continue to apply.


/s/William W. Caldwell
William W. Caldwell
United States District Judge

Date: May 24, 2005