```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | :<br>:<br>: |
| vs. | :   CRIMINAL NO. 1:CR-01-248-01<br>: |
| TRAVIS THURSTON PARKER,<br>    Defendant | :<br>: |

*O R D E R*

AND NOW, this 23rd day of August, 2005, upon consideration of Defendant's pro se motion (docs. 284) under 28 U.S.C. § 2255, it is ordered that:

    1. The government shall have twenty (20) days from the date of this order to respond to Defendant's 2255 motion.

    2. Defendant shall have ten days after his receipt of the government's response to file a reply brief.

                                    <u>/s/William W. Caldwell</u>
                                      William W. Caldwell
                                      United States District Judge