HPS-48                                                                                         March 10, 2006

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**
C.A. No. **05-5031**

UNITED STATES OF AMERICA

    VS.

TRAVIS THURSTON PARKER, a/k/a Birdie
(M.D. Pa. Crim. No. 01-cr-00248-1)

Present:    SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges

Submitted is Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

in the above-captioned case.

                                            Respectfully,

                                            Clerk

_____ORDER_____

The foregoing request for a certificate of appealability is denied. See 28 U.S.C. 2253(c)(2). Jurists of reason could not debate that Appellant has failed to make a substantial showing of the denial of his right to effective assistance of counsel for essentially the reasons discussed in the District Court's October 31, 2005 Memorandum. See Holland v. Jackson, 542 U.S. 649 (2004); see also Slack v. McDaniel, 529 U.S. 473, 484 (2000).

                                            By the Court,

                                            /s/ Joseph F. Weis
                                            United States Circuit Judge

Dated: March 22, 2006

AWI/CH/cc: Mr. Travis Thurston Parker
              Christy H. Fawcett, Esquire



**A True Copy:**

Marcia M. Waldron, Clerk