DC

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
267-299-4926

**Middle District of PA** Clerk of District Court
(District)

Date **March 22, 2006**

C. of A. Nos. **05-5031**

**U.S.A. vs. Parker**
(Caption)

**Travis Thurston Parker**
(Appellant)

**DC No. 01-cr-248-1**
(D.C. No.)

Enclosures

**March 22, 2006** Certified copy of C. of A. Order by the Court in the above case
(Date)

___X___ We return the Partial Record in the above case.

_____ State Court Record.

_____ Exhibits

___X___ Copy of this form to acknowledge receipt and return to C. of A.

Anthony Infante   (267)-299-4916
Case Manager     Telephone Number

_(signature)_   (267)-299-4912
Record Processor   Telephone Number

3/31/06

Receipt Acknowledge:
_Kevin J. O'Leary_
(Name)
4/3/06
(Date)

Appeals (Record)