UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-3427

UNITED STATES OF AMERICA

v.

DARYL LONARD PARKER
a/k/a Daryl Lenard Parker
a/k/a Junior Parker
a/k/a JR Parker
a/k/a JR

Daryl Lonard Parker,
Appellant

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 01-cr-00248-3)
District Judge: Honorable William W. Caldwell

Before:  SLOVITER, AMBRO, Circuit Judges, and DuBOIS,[*] District Judge

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on April 21, 2006.

---

[*] Honorable Jan E. DuBois, Senior District Judge for the Eastern District of Pennsylvania, sitting by designation.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the judgment of the District Court entered July 13, 2005, be, and the same is, hereby affirmed.  All of the above in accordance with the opinion of this Court.

ATTEST:


/s/ Marcia M. Waldron
Clerk

Dated: 29 August 2006

**Certified as a true copy and issued in lieu of a formal mandate on** September 21, 2006

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**