Travis Parker
Reg No. 10864-067
F.C.I Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

April 9th, 2007

Office of The Clerk
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Greetings Ms. D'Andrea. I am writing you in hopes that you can, and will assist me in a matter which is most urgent to me. I was before the Court on or about May 24, 2005, for the Re-Sentencing of 1:CR-01-248 (docket No- 05-3427.

I am now seeking to obtain the transcripts thereof, or to be pointed in the direction of where, or how I can obtain them. Your assistance would be greatly appreciated.

Thanking You in Advance

Sincerely
Travis Parker



HARRISBURG PA 171

10 APR 2007 PM 5 L

Travis Parker No 10864 067
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA  17954-0759

Mailed from
Federal Correctional Institution
Schuylkill Pa.

TO  Office of The Clerk
USDC Middle District Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108