*1:01-CR-248*

Travis Thurston Parker
# 10864-067
FCI Schuylkill
P.O. Box 759
Minersville, PA  17954-0759

**FILED**
HARRISBURG, PA

JAN 2 8 2008

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

January 24, 2008

Sent U.S. Mail
First-Class

The Honorable Justice Caldwell
U.S. Dist. Court, Middle Dist.
of Pennsylvania
228 Walnut St., P.O. Box 983
Harrisburg, PA   17108
Dear Mr. Caldwell,

Fortunltely again I have an opportunity for relief at your
ultimate discretion.  My family and I are very grateful for
the sentence reduction I have already received.

I've been incarcerated for seven (7) years and at the best
case scenario I have another four (4) years until my release,
which is definitely a far cry from where I began.  However,
with all due respect I don't need imprisonment [anymore].

In retrospect it is sad to say, but yes !  I needed imprisonment
for it was the occassion of me earning my GED, successfully
completing beneficial programs and most important
develping a totally new mind set.

I'm ready to return to society, a human being and diligently
employ   everything I've learned in prison.

Very truly yours,

Travis Parker

cc:file

Travis Thurston Parker, # 10864-067
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, Pa. 17954-0670
Mailed from
Federal Correctional Institution
Schuylkill Pa.

READING PA 195

25 JAN 2008 PM 9 L    USA First-Class

Legal Mail

TO   The Honorable Justice Caldwell

U.S. Dist. Court / Middle Dist. of PA

228 Walnut St.  P.O. Box 983

Harrisburg, PA   17108

171089539