IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

MAR 10 2008

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Travis Thurston Parker,
  Petitioner

                            :   CR 01-248-01
                            :
                            :
vs                          :

United States of America        United States
  Respondant                    District Court
                                Judge William Caldwell

PETITIONER'S MOTION FOR REDUCTION MODIFICATION OF AN IMPOSED TERM OF IMPRISONMENT BASED ON THE U.S.S. G§ 1B1.10 (c) RETROACTIVITY TO AMENDMENT 9 (ALSO REFERRED TO AMENDMENT 706) INVOLVING A TWO LEVEL REDUCTION OF THE COCAINE BASE "CRACK" BASE OFFENSE LEVEL IN ACCORDANCE WITH U.S.C.§ 3582 (c)(2).

I. INTRODUCTION

Where as on Nov. 1, 2007, the USSC amended the Federal Sentencing Guidelines to lower the applicable guideline range for offenses involving cocaine base ("Crack Cocaine").

(CONT'D)

Where as Dec. 11, 2007, the USSC promulgated an amendment to policy statement §1B1.10; effective Mar. 3, 2008, which authorizes a court to reduce a previously imposed term of imprisonment according to 18 U.S.C.§ 3582(c)(2) in cases involving crack cocaine offenses where the applicable guideline range has been lowered.

To the Honorable Judge William Caldwell;
Now comes, Petitioner Travis Thurston Parker (Pro Se) whom solicits this Honorable Court pursuant to 18 U.S.C§ 3582 (c)(2) for a two level reduction.

II. DISCUSSION

In accordance with JSSC(s) recent ruling regarding crack cocaine offenses the petitioner is eligible for a sentence modification. The record is barren of any conclusive testimony of how the petitioners present sentence of a 180 months was determined' hence, the petitioner concludes he was resentenced (In light of Booker) at a base offense level of 32 (Zone D) and a criminal histor point (s) category of III; therefore arriving at an advisory guideline range of 151-188. An adjustment downward by two levels would put the defendant at a guideline range of 121-151 (see sentencing table).

III. CONCLUSION

The petitioners solicitation is wholly consistent with USSC(s) specific directive set forth. Moreover, the petitioner hopes the fact that he's maintained relatively good behavior - (2) incident reports in roughly 7 years (none within the last (2) years, sucessfully completed numerous programs, is up to date on fine payments, has earned his GED and most importantly his instant case didn't involve one act of violence would resolve the court to alter petitoners sentence to 121 the low end of the 121-151 mont guideline range.

Respectfully submitted

Travis Thurston Parker
F.C.I SCHUYLKILL
P.O. BOX- 759
Minersville, Pa. 17954

PETITIONER (PRO SE)

X T. Parker



Travis Hunter Parker # 10864-067
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill Pa.

✱ LEGAL
   MAIL

TO: HON. JUDGE WILLIAM CALDWELL
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET, P.O. BOX 983
HARRISBURG, PA 17108