## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.  1:01-CR-00248 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| TRAVIS THURSTON PARKER | : | (Electronically Filed) |

### PRAECIPE FOR SUBSTITUTION OF COUNSEL

By order dated March 10, 2008, the Federal Public Defender's Office was appointed to represent the above-referenced defendant in all matters addressing the crack cocaine amendment pursuant to 18 U.S.C. § 3582(c)(2). Counsel has spoken with prior court appointed counsel, L. Rex Bickley, Esquire, who previously represented the defendant pursuant to the Criminal Justice Act.  L. Rex Bickley, Esquire, has communicated to the undersigned that he will be representing the defendant in all matters pertaining to his 18 U.S.C. § 3582(c)(2) motion.  Please enter the appearance of L. Rex Bickley, Esquire, 121 South Street, Harrisburg, Pennsylvania 17108, telephone (717) 234-0577, in substitution of the Federal Public Defender's Office, and withdraw  the appearance of the Federal Public Defender's Office in the above-captioned case.

Date: March 12, 2008            /s/ Thomas A. Thornton
                                THOMAS A. THORNTON, ESQUIRE
                                Asst. Federal Public Defender
                                Attorney ID# PA44208
                                Federal Public Defender's Office
                                100 Chestnut Street, Suite 306
                                Harrisburg, PA 17101
                                *Attorney for Travis Thurston Parker*

# CERTIFICATE OF SERVICE

I, Thomas A. Thornton, Assistant Federal Public Defender for the Middle District of Pennsylvania, do hereby certify that I served a copy of the foregoing **PRAECIPE FOR SUBSTITUTION OF COUNSEL,** via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Martin C. Carlson, Esquire  
Acting United States Attorney  

L. Rex Bickley, Esquire  

Christy H. Fawcett, Esquire  
Assistant United States Attorney  

Travis Thurston Parker  

Drew Thompson  
United States Probation Office  

Date: March 12, 2008

*/s/ Thomas A. Thornton*  
THOMAS A. THORNTON, ESQUIRE  
Assistant Federal Public Defender  
Attorney ID# PA44208  
100 Chestnut Street, Suite 306  
Harrisburg, PA 17101  
<*thomas_thornton@fd.org*>  
*Attorney for Travis Thurston Parker*