IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | 1:CR-01-248-01 |
| v. | : | |
| | : | ELECTRONICALLY FILED |
| TRAVIS THURSTON PARKER, | : | |
| Defendant | : | Judge Caldwell |

## ORDER

AND NOW, this           day of                      , 2008, upon consideration of Travis Parker's Motion for Relief Under 18 U.S.C. Section 3582 (c);

**IT IS HEREBY ORDERED** that this Motion is GRANTED. The Defendant's sentence entered on March 24, 2005 is hereby amended. The defendant is hereby sentenced to a term of imprisonment of        months. All other aspects of the original judgment dated March 8, 2003 shall remain in effect.

BY THE COURT,

_____
Judge Caldwell